IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEST CHESTER AREA SCHOOL DISTRICT | : CIVIL ACTION : : |
| v. | : NO. 16-4471 : |
| G.D., *et al.* | : |

## ORDER

**AND NOW**, this 25th day of January 2017, upon consideration of Plaintiff's Motion for Judgment (ECF Doc. No. 24), Defendants' Opposition (ECF Doc. No. 27), Plaintiff's Reply (ECF Doc. No. 29) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for Judgment on the supplemented administrative record (ECF Doc. No 24) is **DENIED**; and,

2. Defendants may move for an award of attorney's fees under their counterclaim no later than **February 6, 2017** with a response filed no later than **February 17, 2017.**

KEARNEY, J.